IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSHAY L. JOHNSON,** | CIV S-08-0496 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to Respondents' motion to dismiss. GOOD CAUSE APPEARING, Respondents' application for an extension of time (docket no. 17) is granted and respondents are given up to and and including October 10, 2008, in which to file a reply to Petitioner's opposition to motion to dismiss.

Dated: September 19, 2008.

_____
U.S. MAGISTRATE JUDGE