IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O'SHAY JOHNSON,

    Petitioner,               No. CIV S-08-496 MCE KJM P

  vs.

D.K. SISTO, et al.,

    Respondents.            <u>ORDER</u>

_____/

    Petitioner has filed an amended declaration in support of his opposition to respondent's motion to dismiss. In light of the new points it raises, respondent will be given twenty days from the date of this order in which to file an amended reply. The court will not accept additional pleadings from petitioner relating to the motion to dismiss; upon the filing of respondent's amended reply, if any, the motion will be submitted.

    IT IS SO ORDERED.

DATED: January 21, 2009.

_____
U.S. MAGISTRATE JUDGE

2
john0496.ord