IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSHAY L. JOHNSON,** | Case No. CIV S-08-0496 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

Respondents have requested a twenty (20) day extension of time in which to file Respondents' amended reply to Petitioner's amended declaration in support of his opposition to Respondents' motion to dismiss filed January 14, 2009. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including March 3, 2009, in which to file Respondents' amended reply to Petitioner's amended declaration in support of his opposition to Respondents' motion to dismiss.

Dated: February 20, 2009.

_____
U.S. MAGISTRATE JUDGE