IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O'SHAY JOHNSON,

        Petitioner,        No. CIV S-08-0496 MCE KJM P

   vs.

D.K. SISTO,

        Respondent.        <u>ORDER</u>

                                   /

        Petitioner has filed his second request for an extension of time to file and serve objections to the September 10, 2009 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's motion for an extension of time (Docket No. 31) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the findings and recommendations. No further extensions of time will be granted.

DATED: October 20, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
john0496.111sec