IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSHAY L. JOHNSON,

    Petitioner,        No. CIV S-08-496 MCE KJM P

  vs.

D.K. SISTO,

    Respondents.       ORDER

_____/

In his objections to this court's findings and recommendations, petitioner argues that the amended abstract of judgment filed in August 2007 was the triggering date for the AEDPA year as recognized by <u>Burton v. Stewart</u>, 549 U.S. 147 (2007) and that the federal petition, filed in 2008, was timely. Respondent has not addressed this argument.

IT IS THEREFORE ORDERED that within thirty days of the date of this order, respondent file a response to the arguments raised in the objections filed November 20, 2009.

DATED: December 3, 2009.

_____
U.S. MAGISTRATE JUDGE

2
john0496.ord